UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ALFRED WHITWORTH,<br><br>           Petitioner,<br><br>   v.<br><br>UNITED STATES PAROLE COMMISSION, et al.,<br><br>           Respondents. | Case No. 16-cv-01469-HSG (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal, this action is dismissed without prejudice to petitioner filing a § 2255 motion in his criminal case, or a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in a court with jurisdiction over his custodian.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge