UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ALFRED WHITWORTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES PAROLE COMMISSION, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01469-HSG<br><br>**ORDER ADDRESSING REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 13 |

On February 2, 2017, Petitioner filed a request for clarification.[1] Final judgment in this action was issued on August 19, 2016 (Dkt. No. 9) and the Court's order denying reconsideration was issued on December 1, 2016 (Dkt. No. 12). The Court's direction to the Clerk of the Court in the December 1, 2016 Order Denying Motion for Reconsideration to re-file Docket No. 1 as a Section 2255 motion in Case No. CR 85-cr-0552-RS-1 did not re-open this case.[2]

This case is closed and no further filings will be accepted in this case. This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 2/24/2017

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Petitioner states that if the Court's December 1, 2016 order is a final judgment, he "give[s] notice of his intent to appeal." Docket No. 13 at 2. If Petitioner wishes to file an appeal, he must file a notice of appeal that complies with the content requirements set forth in Rule 3 of the Federal Rules of Appellate Procedure, and file such notice within the time set forth in Rule 4 of the Federal Rules of Appellate Procedure.

[2] Petitioner requests appointment of counsel and bail "[i]f other habeas corpus proceedings are required." Docket No. 13 at 2. These requests should be made in the case in which his habeas corpus petition is pending, 85-cr-0552-RS-1.